UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

***Electronically Filed***

| | | |
|---|---|---|
| JANE DOE<br><br>PLAINTIFF<br><br>v.<br><br>JEFFERSON COUNTY BOARD OF EDUCATION<br><br>DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 3:16-CV-00053-DJH |

**REPORT OF PLANNING MEETING AND**
**<u>JOINT PROPOSED SCHEDULING ORDER</u>**

Pursuant to the Court's February 25, 2016 Order, Plaintiff Jane Doe and Defendant Jefferson County Board of Education, by their respective counsel, hereby submit this Report of Planning Meeting and Joint Proposed Scheduling Order:

## I. PLANNING MEETING PARTICIPANTS

The following persons participated in a Rule 26(f) planning meeting on or about Monday, March 28, 2016:

(a) Andrew Thomas Lay, counsel for Plaintiff Jane Doe; and

(b) C. Tyson Gorman, counsel for Defendant Jefferson County Board of Education.

## II. INITIAL DISCLOSURES

Pursuant to the Court's February 25, 2016 Order, the parties will serve their Rule 26(a)(1) initial disclosures **within fourteen (14) days after the date of the Rule 26(f) planning meeting**.

## III. DISCOVERY PLAN

The parties propose the following discovery plan and respectfully request that it be adopted in the Court's scheduling order:

### 1. Subjects of Discovery

The parties will take discovery on all claims and causes of action asserted by Plaintiff and all defenses asserted by Defendant subject to the scope and limits of discovery established by Rule 26.

### 2. Deadline for Completion of Discovery

The parties will complete all pretrial discovery **no later than Thursday, December 15, 2016**.

### 3. Maximum Number of Interrogatories

Each party may serve a maximum of thirty (30) interrogatories, including all discrete subparts, on another party. Responses will be due within thirty (30) days after service. Interrogatories previously served are subject to this limitation.

### 4. Maximum Number of Requests for Production of Documents

Each party may serve a maximum of thirty (30) requests for production of documents on another party. Responses will be due within thirty (30) days after service. Requests for production of documents previously served are subject to this limitation.

### 5. Maximum Number of Requests for Admission

Each party may serve a maximum of thirty (30) requests for admission on another party. Responses will be due within thirty (30) days after service. Requests for admission previously served are subject to this limitation.

**6. Maximum Number of Depositions**

Each party may take a maximum of seven (7) depositions. The parties agree that, if necessary, additional depositions may be taken upon consent. Consent will not be unreasonably withheld.

**7. Maximum Duration of Depositions**

The maximum duration of a deposition conducted by any party will be governed by Rule 30(d)(1).

**8. Deadlines for Exchanging Expert Witness Reports**

Pursuant to Rule 26(a)(2), Plaintiff will disclose the report of any witness retained or employed to provide expert testimony **no later than Thursday, September 15, 2016.** Defendants will disclose the report of any witness retained or employed to provide expert testimony **no later than Thursday, October 20, 2016.**

**9. Supplementation of Discovery Responses**

Each party has a continuing duty to supplement discovery responses whenever reasonably appropriate and in accordance with Rule 26(e).

## IV. OTHER ITEMS

**1. Scheduling Conference with the Court**

Pursuant to the Court's February 25, 2016 Order, the parties will participate in a telephonic scheduling conference with the Court on **Monday, April 18, 2016, at 1:30 P.M.**

**2. Pretrial Conference**

The parties agree that a pretrial conference will be appropriate and that it should be set at the discretion of the Court.

**3. Deadlines for Joining Additional Parties and Amending the Pleadings**

Plaintiff will join additional parties or amend her pleadings **no later than Monday, August 1, 2016**. Defendant will join additional parties or amend its pleadings **no later than Thursday, September 1, 2016**.

**4. Deadline for Dispositive Motions**

The parties will file all potentially dispositive motions **no later than Wednesday, February 15, 2017**.

**5. Deadlines for Pretrial Disclosures**

The parties propose that the deadlines for pretrial disclosures under Rule 26(a)(3), including witness and exhibit lists, designation of witnesses whose testimony will be presented by deposition, and objections thereto, be set by the Court according to its standard pretrial order and pretrial calendar.

**6. Anticipated Readiness for Trial and Trial Duration**

The parties anticipate that this case will be ready for trial in May 2017, and at this time, trial is expected to last one (1) week.

**7. Referral to Magistrate Judge**

At this time, the parties do not consent to the referral of this matter to the Magistrate Judge for all further proceedings, including trial. The parties also do not consent to having the Magistrate Judge rule on motions ordinarily considered by the District Judge, such as motions seeking dismissal, summary judgment, or remand.

**8. Settlement**

A prompt settlement of this dispute is unlikely at this early stage of the litigation. The issue of liability remains disputed. After completing initial discovery, however, the parties will

attend a settlement conference with the Magistrate Judge in good faith, if the Court sets a settlement conference.

Respectfully submitted,

*/s/Andrew Thomas Lay w/permission*
Andrew Thomas Lay
pete@justiceky.com
CLAY DANIEL WALTON & ADAMS PLLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY 40202
502.561.2005

*Counsel for Plaintiff*

*/s/C. Tyson Gorman*
C. Tyson Gorman
tgorman@wyattfirm.com
Sean G. Williamson
swilliamson@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
502.589.5235

*Counsel for Defendant Jefferson County Board of Education*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Andrew Thomas Lay
pete@justiceky.com
CLAY DANIEL WALTON & ADAMS PLLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY 40202
502.561.2005

*Counsel for Plaintiff*

*/s/C. Tyson Gorman*
C. Tyson Gorman

*Counsel for Defendants Jefferson County Board of Education*

61475795.1