UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

***Electronically Filed***

| | | |
|---|---|---|
| JANE DOE<br><br>PLAINTIFF<br><br>v.<br><br>JEFFERSON COUNTY BOARD OF EDUCATION<br><br>DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 3:16-CV-00053-DJH |

**<u>DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES</u>**

Defendant Jefferson County Board of Education, by counsel, hereby submits the following Rule 26(a)(1) Initial Disclosures:

## I. <u>Individuals Likely to Have Discoverable Information</u>

1. Plaintiff Jane Doe is likely to have discoverable information concerning her claims and the incident discussed in the Complaint.

2. R.R.[1] was a student at Pleasure Ridge Park High School ("PRP") and is alleged to have been directly involved in the incident discussed in the Complaint.

3. Jeff Jennings is an Assistant Principal at PRP and is likely to have discoverable information regarding the incident discussed in the Complaint and the behavioral and disciplinary history of R.R. He may be contacted only through the undersigned counsel.

---

[1] The name of this student has been abbreviated to protect his identity.

4. Tiffani Williams is a Counselor at PRP and is likely to have discoverable information regarding the incident discussed in the Complaint. She may be contacted only through the undersigned counsel.

5. Karen Coomes is a Home School Coordinator at PRP and is likely to have discoverable information regarding the incident discussed in the Complaint. She may be contacted only through the undersigned counsel.

6. Kimberly Salyer is the Principal at PRP and may have discoverable information regarding the behavioral and disciplinary history of R.R. She may be contacted only through the undersigned counsel.

7. Sean Jones is a police officer employed by the Louisville Metro Police Department ("LMPD") and assigned as a School Resource Officer ("SRO") at PRP. He is likely to have discoverable information regarding the incident discussed in the Complaint.

## II. Documents[2]

1. Student records maintained by JCBE and related to both Jane Doe and R.R.

2. Records and materials created or seized during the LMPD's investigation of the incident discussed in the Complaint and within the possession, custody, or control of the LMPD.

3. Court records related to the incident discussed in the Complaint and within the possession, custody, or control of the state courts.

## III. Computation of Damages

Defendant presently is not asserting a claim for damages in any amount against Plaintiff.

[2] The documents produced during this litigation will be redacted in accordance with the requirements of the Family Educational Rights and Privacy Act of 1974 ("FERPA"), 20 U.S.C. § 1232g.

## IV. Insurance

Defendant maintains an insurance policy that may satisfy part or all of a judgment entered in this action or to indemnify or reimburse for payments made in satisfaction of a judgment (although this matter does not appear to involve amounts above Defendant's self-insured retention). A copy of the declaration page of the pertinent insurance policy will be provided to Plaintiff's counsel upon request.

Defendant reserves the right to supplement its Rule 26(a)(1) Initial Disclosures as discovery continues and this matter progresses.

Respectfully submitted,

*/s/C. Tyson Gorman*

C. Tyson Gorman
tgorman@wyattfirm.com
Sean G. Williamson
swilliamson@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
502.589.5235

*Counsel for Defendant Jefferson County Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Andrew Thomas Lay
pete@justiceky.com
CLAY DANIEL WALTON & ADAMS, PLLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY 40202
502.561.2005

*Counsel for Plaintiff*

*/s/C. Tyson Gorman*
C. Tyson Gorman

*Counsel for Defendants Jefferson County Board of Education*

61474199.1