UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT
AT LOUISVILLE

| | | |
|---|---|---|
| JANE DOE | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | No. 3:16-cv-00053-JGH |
| | ) | |
| | ) | |
| JEFFERSON COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| *Defendant* | ) | |

**PLAINTIFF'S INITIAL DISCLOSURES**
**PURSUANT TO RULE 26(a)(1)**

Pursuant to Rule 26 (a)(1) of the Federal Rules of Civil Procedure, Plaintiff, by its undersigned counsel, propounds the following disclosures to Defendant. These disclosures are based on information reasonably available to Plaintiff at this time. Plaintiff does not intend these disclosures to be a waiver or limitation of any privilege, immunity, or other right of Plaintiff, or of any objection Plaintiff has or might have to the admissibility at trial of any of the disclosed information.

(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

**ANSWER:**

**1. Plaintiff Jane Doe**

Plaintiff has discoverable information concerning the claims and information discussed in the Complaint.

**2. R.R.**

R.R. was the assailant of the Plaintiff described in the Complaint and the perpetrator of prior assaults of which the Defendant was aware prior to the attack against the Plaintiff.

**3. Sean Jones**

Sean Jones is a school resource officer who has information regarding the attack against the Plaintiff and the prior incidences involving discipline or R.R.

**4. Karen Coomes**

Karen Coomes is an employee of Defendant who was one of the first individuals contacted by Plaintiff following the attack described in the Complaint.

**5. Tiffany Williams**

Tiffany Williams is a counselor employed by Defendant and was one of the first individuals contacted by Plaintiff following the attack described in the Complaint.

(ii) A copy of—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless that use would be solely for impeachment.

**ANSWER**:

Plaintiff has in her possession, custody, or control a limited amount of court documents from court record related to the incidents discussed in the Complaint. The entire record related to those proceedings are in the possession of the Jefferson Circuit Court Clerk and the Jefferson County Attorney's Office.

(iii) A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on nature and extent of injuries suffered.

**ANSWER**:

Plaintiff has not yet computed monetary damages against Defendant. Accordingly, at this point, Plaintiff has no computation or documents relating to the issue of damages beyond those identified above. Plaintiff will supplement this response once monetary damages have been calculated.

(iv) For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**ANSWER**:

Not applicable.

Respectfully submitted,

*/s/ Andrew Thomas Lay*_____________

Andrew Thomas Lay
CLAY DANIEL WALTON & ADAMS, PLC
462 South Fourth Street, Suite 101
Louisville, Kentucky 40202
(502) 561-2005
pete@justiceky.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed on April 12, 2016, using the CM/ECF system, which will send a notice of electronic filing to the following:

C. Tyson Gorman
tgorman@wyattfirm.com
Sean G. Williamson
Swilliamson@wyattfirm.com
Wyatt, Tarrant, & Combs, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898

*/s/ Andrew Thomas Lay*_____________
ANDREW THOMAS LAY